IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY DeANGELOS TRIMONE,** ) <br> ) <br>    Plaintiff,      ) <br> ) <br>    v.               ) <br> ) <br> **NURSE PRACTITIONER JOHNS,** ) <br> ) <br>    Defendant.    ) | CIVIL ACTION NO. <br> 2:19cv934-MHT <br> (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about not receiving surgery for a painful hernia. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the initial partial filing fee. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2021.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**